17 So.2d 187

**Leland KIZZIAH v. STATE.**

**6 Div. 8.**

Court of Appeals of Alabama.
Jan. 11, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

12 So.2d 872

**Arthur KNOWLES v. STATE.**

**8 Div. 233.**

Court of Appeals of Alabama.
March 23, 1943.

W. W. Malone, of Athens, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

15 So.2d 923

**Jesse C. KORNEGAY v. STATE.**

**2 Div. 724.**

Court of Appeals of Alabama.
Nov. 9, 1943.

J. Fred Wood, of Centerville, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

18 So.2d 881

**William LAMBERT, alias George Wiggins, v. STATE.**

**6 Div. 63.**

Court of Appeals of Alabama.
May 23, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

20 So.2d 895

**Louise LANG v. STATE.**

**6 Div. 178.**

Court of Appeals of Alabama.
Dec. 19, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

18 So.2d 882

**Wilburn LANIER v. STATE.**

**6 Div. 73.**

Court of Appeals of Alabama.
May 16, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.